## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION (d/b/a WABTEC CORPORATION),<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>Defendant. | No. 2:17-cv-01184-NBF<br><br>Hon. Nora Barry Fischer<br><br>**JURY TRIAL DEMANDED** |

### SIEMENS' MOTION TO TRANSFER
### PURSUANT TO THE FIRST-FILED RULE

For the reasons set forth in detail in the accompanying Brief in Support, Defendant Siemens Industry, Inc. ("Siemens") hereby moves that the Court transfer this case to the District of Delaware pursuant to the "first-filed rule" because identical claims are already pending in that court. The claims asserted by Westinghouse Air Brake Technologies Corporation ("Wabtec") in the First Amended Complaint (ECF No. 14) are the same claims that were recently severed from *Siemens Indus., Inc. v. Westinghouse Air Brake Techs. Corp. (d/b/a Wabtec Corp.) et al.*, No. 1:16-cv-00284-LPS (D. Del.) (Stark, J.) (the "Siemens Action"). By refiling its severed claims as a new action in this Court, Wabtec lost the benefit of its original filing date in the Siemens Action. Siemens' own declaratory judgment claims for noninfringement and invalidity as to the same Wabtec patents in this suit, applied against the same accused products in this suit, are first-filed and remain pending in Delaware.

In order to avoid the exact type of forum-shopping the first-filed rule is designed to prevent, Siemens' claims in the District of Delaware should be given priority,

particularly because Siemens' claims arose as a result of Wabtec's choice to file its infringement claims in Delaware, and because the parties have already extensively litigated the infringement and validity issues in Delaware, including exchanging detailed infringement and invalidity contentions.

Respectfully submitted,

OF COUNSEL:

Mark Supko (*pro hac vice to be filed*)
Joshua Rychlinski
(*pro hac vice to be filed*)

CROWELL &MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Phone: (202) 624-2500
Facsimile: (202) 628-5116
msupko@crowell.com
jrychlinski@crowell.com

Dated: October 19, 2017

/s/Andrew K. Fletcher
Andrew K. Fletcher
Pa. I.D. No. 75544
G. Richard Murphy
Pa. I.D. No. 306456

PEPPER HAMILTON LLP
500 Grant Street, Suite 5000
Pittsburgh, PA 15219
Phone: (412) 454-5000
Facsimile: (412) 281-0717
fletchea@pepperlaw.com
murphyg@pepperlaw.com

*Attorneys for Siemens Industry, Inc.*

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Siemens' Motion to Transfer Pursuant to the First-Filed Rule has been filed electronically and is available for viewing and downloading from the ECF system.

Date: October 19, 2017　　　　　　　/s/ *Andrew K. Fletcher*
　　　　　　　　　　　　　　　　　　　Andrew K. Fletcher