IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION (d/b/a WABTEC CORPORATION), | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 17-1687-LPS-CJB |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| SIEMENS INDUSTRY, INC., | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION REGARDING CROSS-USE AGREEMENT**

This Cross-Use Agreement (the "Agreement"), dated as of January 8, 2018 (the "Effective Date"), is made by and between Siemens Industry, Inc. ("Siemens") and Westinghouse Air Brake Technologies Corporation, d/b/a Wabtec Corporation, and Wabtec Railway Electronics, Incorporated (collectively, "Wabtec"). Siemens and Wabtec may each be referred to individually as a "Party" and collectively as the "Parties."

WHEREAS, Siemens and Wabtec are Parties to patent infringement litigation captioned *Siemens Industry, Inc. v. Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) and Wabtec Railway Electronics, Inc.*, U.S. District Court, District of Delaware, Civil Action No. 1:16-cv-00284-LPS ("the Siemens Patent Case");

WHEREAS, Siemens and Wabtec are also Parties to patent infringement litigation captioned *Siemens Industry, Inc. v. Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation)*, U.S. District Court, District of Delaware, Civil Action No. 1:17-cv-01449-LPS ("the Siemens Declaratory Judgment Case");

WHEREAS, Siemens and Wabtec are also Parties to patent infringement litigation captioned *Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) v. Siemens Industry, Inc.*, U.S. District Court, District of Delaware, Civil Action No. 1:17-cv-01687-LPS ("the Wabtec Patent Case");

WHEREAS, Siemens and Wabtec are also Parties to trade secret litigation captioned *Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) v. Siemens Industry, Inc.*, Court of Common Pleas of Allegheny County, Case No. 16-13187 ("the Wabtec Trade Secret Case");

WHEREAS, the Parties wish to reduce the burdens of discovery in the above-captioned civil actions (collectively, the "Siemens/Wabtec Cases"), avoid wasteful and duplicative production of documents, and facilitate the exchange of information between them,

NOW, THEREFORE, the Parties agree and stipulate as follows:

## AGREEMENT

The Parties agree that discovery produced or provided (e.g., documents, interrogatory responses, admissions, deposition testimony) in any of the Siemens/Wabtec Cases shall be deemed produced in all of the Siemens/Wabtec Cases. Discovery produced or provided in any of the Siemens/Wabtec Cases shall continue to be designated under and subject to the protective order of the action in which the material was originally produced. For example, a document produced in the Siemens Patent Case designated "ATTORNEYS' EYES ONLY" shall be disclosed only to individuals permitted to view "ATTORNEYS' EYES ONLY" material under the protective order in the Siemens Patent Case, regardless of any other provisions in the protective orders of the Siemens Declaratory Judgment Case, the Wabtec Patent Case or the Wabtec Trade Secret Case.

The Parties further agree that any law firm of record in one or more of the Siemens/Wabtec Cases receiving discovery produced or provided in any other of the Siemens/Wabtec Cases will comply with the protective order entered in the applicable action in which the material was originally produced, including, if necessary, by having at least one attorney sign the confidentiality agreement attached to the relevant protective order. For example, if outside counsel of record for Siemens in the Wabtec Trade Secret Case is not outside counsel of record for Siemens in the Siemens Patent Case, that counsel will sign Exhibit A to the protective order in the Siemens Patent Case prior to receiving any discovery produced or provided under the protective order in the Siemens Patent Case.

Finally, the parties agree that all non-law firm of record personnel receiving discovery produced or provided in any of the Siemens/Wabtec Cases will comply with the protective order entered in the applicable action in which the material was originally produced, including, if necessary, by signing the confidentiality agreement attached to the relevant protective order. For example, an expert for Siemens in the Wabtec Trade Secret Case will sign Exhibit A to the protective order in the Siemens Patent Case prior to receiving any discovery produced or provided under the protective order in the Siemens Patent Case.

SO AGREED AND STIPULATED.

| | |
|---|---|
| /s/ Stephen J. Kraftschik | /s/ Steven L. Caponi |
| Jack B. Blumenfeld (#1014) | Steven L. Caponi, Esq. (#3484) |
| Karen Jacobs (#2881) | 600 N. King Street |
| Stephen J. Kraftschik (#5623) | Suite 901 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Wilmington, DE 19801 |
| | Phone: 302.416.7080 |
| 1201 North Market Street | steven.caponi@klgates.com |
| P.O. Box 1347 | |
| Wilmington, DE 19899-1347 | -and- |
| (302) 658-9200 | |
| jblumenfeld@mnat.com | Alan L. Barry, Esq. |
| kjacobs@mnat.com | Jason A. Engel, Esq. |

2

skraftschik@mnat.com

-and-

/s/ Mark Supko
Mark Supko
Kathryn L. Clune
Vincent J. Galluzzo
CROWELL &MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500

Jacob Z. Zambrzycki
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
(212) 223-4000

*Attorneys for Siemens in the Siemens Patent Case, Wabtec Patent Case, and the Siemens Declaratory Judgment Case*

Michael J. Songer
Vincent J. Galluzzo
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel.  202.624.2500
Fax. 202.628.5116
msonger@crowell.com
vgalluzzo@crowell.com

*Attorneys for Siemens in the Wabtec Trade Secret Case*

/s/ Andrew K. Fletcher
Andrew K. Fletcher (Pa. I.D. No. 75544)
Kevin M. Eddy (Pa. I.D. NO. 92904)
PEPPER HAMILTON LLP
500 Grant Street, Suite 500
Pittsburgh, PA  15219-2507
Tel.  412.454.5000
Fax.  412.281.0717
fletchera@pepperlaw.com
eddyk@pepperlaw.com

Benjamin E. Weed, Esq.
Devon C. Beane, Esq.
Katherine L. Hoffee, Esq.
Erik J. Halverson, Esq.
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
Phone: 312. 372.1121
alan.barry@klgates.com
jason.engel@klgates.com
benjamin.weed@klgates.com
devon.beane@klgates.com
katy.hoffee@klgates.com
erik.halverson@klgates.com

*Attorneys for Wabtec in the Siemens Patent Case, the Wabtec Patent Case, and the Siemens Declaratory Judgment Case*

/s/ William Pietragallo, II, Esquire
William Pietragallo, II, Esquire
PA I.D. No. 16413
Michael A. Morse, Esquire
PA I.D. No. 80507
John R. Brumberg, Esquire
PA I.D. No. 311352
Dasha Gorlov, Esquire
PA I.D. No. 323160

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

One Oxford Centre, 38th Floor
Pittsburgh, PA  15219
Tel:     (412) 263-2000
Fax:    (412) 263-2001

*Attorneys for Wabtec in the Wabtec Trade Secret Case*

Gregory J. Hauck (Pa. I.D. No. 82958)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch St.
Philadelphia, PA 19103
Tel.  215.981.4179
Fax.  800.419.8615
hauckg@pepperlaw.com

*Attorneys for Siemens in the Wabtec Trade Secret Case*

                              IT IS SO ORDERED this _____ day of _____, 2018.

                              _____
                              UNITED STATES DISTRICT JUDGE