# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION (d/b/a WABTEC CORPORATION), <br><br> Plaintiff, <br><br> v. <br><br> SIEMENS INDUSTRY, INC., <br><br> Defendant. | C.A. No. 17-1687 (LPS) (CJB) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 29, 2018 true and correct copies of *Plaintiff Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation)'s List of Proposed Constructions for Claim Terms Previously Identified for Construction* were served via electronic mail upon the following:

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Jack B. Blumenfeld, Esq.
Karen Jacobs, Esq.
Stephen Kraftschik
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com
Email: kjacobs@mnat.com
Email: skraftschik@mnat.com

**CROWELL & MORING LLP**
Jacob Z. Zambrzycki, Esq.
Kathryn Clune, Esq.
Mark M. Supko, Esq.
1001 Pennsylvania Avenue NW
Washington, DE 20004
Email: jzambrzycki@crowell.com
Email: kclune@crowell.com
Email: msupko@crowell.com

*[Signature page to follow.]*

Dated:  August 30, 2018                              **K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi, Esq. (#3484)
600 N. King Street
Suite 901
Wilmington, DE 19801
Phone: 302.416.7080
steven.caponi@klgates.com

-and-

Alan L. Barry, Esq.
Jason A. Engel, Esq.
Benjamin E. Weed, Esq.
Devon C. Beane, Esq.
Gina A. Jenero, Esq.
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
Phone: 312. 372.1121
alan.barry@klgates.com
jason.engel@klgates.com
benjamin.weed@klgates.com
devon.beane@klgates.com
gina.jenero@klgates.com

*Attorneys for Plaintiff Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation)*